ALEXANDER MILLS *versus* HENRY DISBROW. 

JOURNAL ENTRIES (1825–26): *Journal 4:* (1) Motion to dismiss *p. 24; (2) appeal dismissed *p. 48; (3) motion to restore case in court *p. 101; (4) motion to restore overruled *p. 119.

PAPERS IN FILE: [None]

*1824–36 Calendar*, MS p. 107.

 GABRIEL GODFROY, SR. *versus* THOMAS JOHN AND JOHN BURBANK. 

JOURNAL ENTRIES (1825–29): *Journal 4:* (1) Motion to dissolve injunction and to dismiss bill *p. 25; (2) continued *p. 73; (3) injunction dissolved *p. 109; (4) injunction revived *p. 113; (5) notice of suit ordered published *p. 117; (6) motion to dissolve injunction *p. 126; (7) motion to dissolve injunction *p. 157; (8) motion by administrator to be admitted, motion to dissolve injunction *p. 284; (9) administrator admitted, case argued, submitted *p. 285; (10) injunction dissolved, bill dismissed *p. 297.

PAPERS IN FILE: (1) Bill of complaint, allowance of injunction; (2) injunction bond; (3) writ of injunction; (4) writ of subpoena; (5) writ of execution issued by J. P. returned to Supreme Court in obedience to writ of injunction; (6) motion to dissolve injunction and to dismiss bill; (7) motion to reinstate injunction; (8–9) affidavits in support of motion; (10) affidavit of non-residence; (11) draft of order for publication of notice; (12) motion to dissolve injunction; (13) answer of John Burbank; (14) answer of Thomas John; (15) motion to dissolve injunction; (16) motion of administrator to be admitted as a party; (17) motion to dissolve injunction; (18) draft of decree; (19) copy of satisfaction piece.

*Chancery Case 50 of 1824.*

 IN THE MATTER OF ELIJAH S. FISH, GUARDIAN OF IMRI FISH, A LUNATIC. 

JOURNAL ENTRIES (1825): *Journal 4:* (1) Petition granted *p. 25.

PAPERS IN FILE: (1) Petition, transcript of probate record; (2) motion for license to sell.

*1824–36 Calendar*, MS p. 108.

 JOHN J. DEGRAFF *versus* HENRY J. HUNT. 

JOURNAL ENTRIES (1825): *Journal 4:* (1) Rule for judgment *p. 26.

PAPERS IN FILE: (1) Precipe for summons; (2) summons, acknowledgment of service; (3) declaration; (4) warrant to confess judgment; (5) cognovit and release of errors; (6) money bond.

*1824–36 Calendar*, MS p. 100. Recorded in *Book B*, MS pp. 502–4.